PERRY, Appellant, v. BATES, Respondent. (Supreme Court, Appellate Division, First Department. April 7, 1905.) Appeal from Special Term. Action by Alvan W. Perry against Benjamin L. M. Bates. From an order setting aside a verdict and dismissing the complaint, and from a judgment entered thereon, plaintiff appeals. Modified. T. E. Wing, for appellant. J. Delahunty, for respondent. PER CURIAM. The order appealed from should be modified, so as to read as follows: "Ordered that said motion be, and the same hereby is, granted, so far as to set aside the verdict; and a new trial is hereby ordered, without costs." And the judgment should be modified, so as to read as follows: "Adjudged that the said verdict be, and the same hereby is, vacated and set aside, and a new

trial is ordered, without costs." As so modified, the order and judgment are affirmed, without costs of appeal.